FILED

FEB 0 3 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. W15-636M |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | [Count One: 18 U.S.C. § 7(3) and 21 |
| v. | ) | U.S.C. § 844 – Simple Possession |
| | ) | (Marijuana) |
| ALEXANDRIA M. GREEN | ) | Count Two: 18 U.S.C. §§7(3) & 13 and |
| | ) | T.H.S.C. § 481.125 – Possession of Drug |
| Defendant. | ) | Paraphernalia] |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
[18 U.S.C. § 7(3) and 21 U.S.C. § 844]

On or about November 30, 2014, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

ALEXANDRIA M. GREEN

did knowingly, intentionally, and unlawfully possess some amount of Marijuana, a Schedule I controlled substance, in violation of Title 18, United States Code, Section 7(3) and Title 21, United States Code, Section 844.

## COUNT TWO
[18 U.S.C. §§7(3) & 13 and T.H.S.C. § 481.125]

On or about November 30, 2014, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

ALEXANDRIA M. GREEN

did knowingly possess with the intent to use drug paraphernalia to ingest, inhale, or otherwise introduce into the human body a controlled substance in violation of Section 481.125 of the Texas Health and Safety Code and Title 18, United States Code, Section 13.

RICHARD L. DURBIN, JR.
Acting United States Attorney

By: *Andrea E. A. Kelly*
ANDREA E. A. KELLY
Special Assistant U. S. Attorney

UNSEALED

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:      FEBRUARY 2, 2015           MPR #: 06342-2014       CASE NO. W15-636M
COUNTY:    BELL
JUDGE:     JEFFREY C. MANSKE
S.A.U.S.A.: ANDREA E. A. KELLY

DEFENDANT:

ALEXANDRIA M. GREEN

OFFENSES & MAXIMUM PUNISHMENT:

Count One:  18 U.S.C. §7(3) and 21 U.S.C. § 844 – Simple Possession (Marijuana) – 1 Year Confinement, $100,000 fine, $25 SA.

Count Two: 18 U.S.C. §§7(3) & 13 and T.H.S.C § 481.125 – Possession of Drug Paraphernalia – $500 fine, $5 SA.